UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRANDON MOORE**                                                    **CIVIL ACTION**

**VERSUS**                                                                       **NO. 18-13611**

**S.W. "SANDY" McCAIN, WARDEN**                           **SECTION: "H"(3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Brandon Moore is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of June, 2020.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**